UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    2:25-CV-10732-PD                              Date: January 9, 2026

Title    *Luz Zendejas v. Patio Furniture Collection, Inc. et al*

Present: The Honorable:    Patricia Donahue, United States Magistrate Judge

|  Isabel Verduzco   |   N/A   |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**    **Order Dismissing Case Without Prejudice [Dkt. No. 15]**

  Based on the Notice of Settlement of Entire Case, Dkt. No. 15, the Court orders that the action is dismissed without prejudice. All hearings and deadlines are vacated. The Court retains jurisdiction to vacate this Order and to reopen the action within 30 days from the date of this Order; provided, however, any request by any party(ies) that the Court do so, shall make a showing of good cause as to why the settlement has not been completed within the 30-day period, what further settlement processes are necessary, and when the party(ies) making such a request reasonably expect the process to be concluded. This Order does not preclude the filing of a Voluntary Dismissal pursuant to Fed. R. Civ. P. 41, which does not require the approval of the Court. Such a dismissal shall be filed within the aforementioned 30-day period, or by such later date ordered by the Court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.